IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Richardson, Olga D | Case Number: 08 B 05073 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/15/08 | Filed: 3/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 52,102.00 | 0.00 |
| 6. | America's Financial Choice Inc | Unsecured | 34.80 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 12.18 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 53.53 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 53.53 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 330.60 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,334.51 | 0.00 |
| 12. | Arm Professional Service | Unsecured | | No Claim Filed |
| | | | $ 57,402.65 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Richardson, Olga D

Printed:  7/15/08

Case Number:  08 B 05073
Judge:  Goldgar, A. Benjamin
Filed:  3/4/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

